**UNITED STATES PATENT AND TRADEMARK OFFICE**
**P.O. Box 1451**
**Alexandria, VA  22313-1451**

Baxley                          Mailed:  February 11, 2008

                                Opposition No. **91125329**

                                Terry P. Gaudreau, Ronald
                                Knutson, TNT Fireworks, Inc.
                                (Montana corporation), and TNT
                                Fireworks, Inc. (North Dakota
                                corporation)

                                        v.

                                American Promotional Events,
                                Inc.

**By the Trademark Trial and Appeal Board:**

    In view of the stipulation filed February 11, 2008, the

opposition is dismissed with prejudice.